**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:          Samuel Gonzalez v. The State of Texas

Appellate case number:      01-18-00499-CR

Trial court case number:    1523996

Trial court:                          185th District Court of Harris County

       Appellant, acting pro se, has filed a letter with the Court stating that he no longer desires to pursue this appeal and has instructed his appointed counsel to file a motion for voluntary dismissal of the appeal. To date, neither a motion to dismiss the appeal nor an appellant's brief have been filed on appellant's behalf. Accordingly, the Court requests that within **10 days of this order** appellant's appointed counsel file either (1) a motion for voluntary dismissal complying with Rule 42.2(a) of the Texas Rules of Appellate Procedure; or (2) if appellant desires to pursue the appeal, an appellant's brief.

       It is so ORDERED.

Judge's signature: ___/s/ Gordon Goodman_____
                                Acting individually


Date: ___September 3, 2019___